MINUTE ENTRY
MAY 8, 2023
CURRAULT, M. J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                CRIMINAL ACTION

VERSUS                                  NO. 23-43

CATHY LYNN HAMILTON                     SECTION: MAG

## INITIAL APPEARANCE

APPEARANCES:  X  DEFENDANT WITH/(WITHOUT) COUNSEL  _____

             X  ASSISTANT U.S. ATTORNEY   TROY L. BELL
             __ INTERPRETER  _____
   Designated by Court and sworn.   Time: _____ .M to _____ M.

X / DEFENDANT CONSENTED TO APPEAR BY VIDEO

X / DEFENDANT WAS ADVISED OF HER RIGHTS

X / READING OF THE COMPLAINT WAS:
    READ   WAIVED  (SUMMARIZED)

_ / DEFENDANT INFORMED THE COURT THAT COUNSEL HAS BEEN/WOULD BE RETAINED

X / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

X / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

_ / DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00: 12

_/ BOND SET AT  _____

_____

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

_____

_____

_____

_/ GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

X/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

_/ DEFENDANT RELEASED ON BOND

X/ DEFENDANT INFORMED THAT (PRELIMINARY HEARING)/REMOVAL HEARING/
   ARRAIGNMENT IS SET FOR    May 22, 2023 at 2:00 p.m.

_/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

X DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
   May 10, 2023 at 2:00 p.m.

X/ DEFENDANT ORDERED TO RE-APPEAR FOR (PRELIMINARY HEARING)/REMOVAL HEARING/ARRAIGNMENT/(DETENTION HEARING)/HEARING TO DETERMINE COUNSEL WITH COUNSEL _____

_/THE COURT ACCEPTED DEFENDANTS VERBAL CONSENT IN LIEU OF SIGNATURE ON THE APPEARANCE BOND AND ORDER SETTING CONDITIONS OF RELEASE.

X - Medical Order issued - sealed

DPC